UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | IP 03-160-CR-T/F |
| | ) | 1:05-cv-818-JDT-TAB |
| DEBORAH VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-818-JDT-TAB is **dismissed with prejudice.**

Date: 01/06/2006

John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Copies to:

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

Deborah Vaughn
Reg. No. 07346-028
Federal Medical Center Satellite Camp
P.O. Box 14525
Lexington, KY 40512